UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSEPH WARREN CLIFTON,

    Petitioner,

-vs-                                            Case No. 6:10-cv-5-Orl-28GJK

ATTORNEY GENERAL, STATE OF FLORIDA,
SAMMY HILL,

    Respondents.

## ORDER OF DISMISSAL

On April 21, 2010, the Court ordered Petitioner to file an amended habeas petition within twenty days from the date of the Order (Doc. No. 6). Further, the Court notified Petitioner that the failure to do so would result in the dismissal of the action without further notice. As of the date of this Order, Petitioner has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** without prejudice. The Clerk of the Court is directed to close this case.

DONE AND ORDERED in Orlando, Florida, this ___21___ day of May, 2010.

                                              JOHN ANTOON II
                                        UNITED STATES DISTRICT JUDGE

Copies to:
sa 5/21
Counsel of Record